TSAKOS SHIPPING & TRADING, S. A.,
Plaintiff-Appellee,

v.

M/T "TABOGA" her engines, tackle, etc.,
and Refineria Panama, S. A., Defend-
ants-Third Party Plaintiffs-Appellees,

v.

PANAMA CANAL COMPANY, Third
Party Defendant-Appellant.

No. 78–3780.

United States Court of Appeals,
Fifth Circuit.

Nov. 1, 1979.

James R. Dunworth, Dwight A. McKab-
ney, John L. Haines, Jr., Balboa Heights,
Canal Zone, for third party defendant-ap-
pellant.

DeCastro & Robles, Woodrow DeCastro,
Balboa, Canal Zone, for Tsakos.

R. V. Phillipps, Balboa, Canal Zone, for
Refineria.

ON PETITION FOR REHEARING

(Opinion June 15, 1979, 5 Cir., 1979,
597 F.2d 66)

Before CLARK, GEE and HILL, Circuit
Judges.

PER CURIAM:

IT IS ORDERED that the petition for
rehearing filed in the above entitled and
numbered cause by Plaintiff-Appellee Tsa-
kos Shipping & Trading, S. A., be and the
same is hereby GRANTED. Insofar as our
earlier opinion may be read as reversing the
Order and Interlocutory Decree entered by
the District Court on August 2, 1978, in its
finding of *in rem* liability of defendant M/T
TABOGA to plaintiff Tsakos Shipping &
Trading company, this was not the intent of
the court. We therefore clarify our opinion
and judgment by adding to it that insofar
as the above Order sustains Plaintiff's mo-
tion for judgment on the pleadings against
Defendant M/T TABOGA, her engines,
tackle, etc.,[1] and directs that the issue of
damages be litigated it is

AFFIRMED.

1. *The China*, 74 U.S. (7 Wall.) 53, 19 L.Ed. 67 (1869).